Case 8:23-cr-00149-DOC   Document 1   Filed 11/01/23   Page 1 of 2   Page ID #:1

**FILED**
CLERK, U.S. DISTRICT COURT
11/01/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury   [UNDERS SEAL]

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>          v.<br><br>JOSHUA RUBEN RAMIREZ,<br><br>           Defendant. | No. 8:23-cr-00149-DOC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi): Possession with<br>Intent to Distribute Fentanyl] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about June 23, 2022, in Orange County, within the Central District of California, defendant JOSHUA RUBEN RAMIREZ knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 487 grams, of a mixture and substance containing a detectable amount of amount of N-phenyl-N-[1-(2-

//

//

phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
  Office

KRISTIN N. SPENCER
Assistant United States Attorneys
Santa Ana Branch Office